No. 6095. AKERS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 6097. PARKS *v.* WAINWRIGHT, CORRECTIONS DIRECTOR, ET AL. C. A. 5th Cir. Certiorari denied.

No. 6100. JOLLY ET AL. *v.* GORMAN ET AL. C. A. 5th Cir. Certiorari denied.

No. 6101. WALKER *v.* ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 6102. MANN ET AL. *v.* SUPERIOR COURT OF SAN BERNARDINO COUNTY ET AL. Sup. Ct. Cal. Certiorari denied.

No. 6103. STEVENSON *v.* MANCUSI, CORRECTIONAL SUPERINTENDENT. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 6104. WALKER *v.* FOLLETTE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 6112. MENECHINO *v.* OSWALD ET AL., NEW YORK STATE BOARD OF PAROLE. C. A. 2d Cir. Certiorari denied.

No. 6116. VITORATOS *v.* EMMONS, JUDGE. Sup. Ct. Ohio. Certiorari denied.

No. 6121. MILLS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 6124. WARFORD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 6126. YBARRA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 6132. RICHARDS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.